■ In the Matter of BENITO CURCIO, Appellant, v CITY OF NEW YORK et al., Respondents. [665 NYS2d 911] —In a proceeding pursuant to General Municipal Law § 50-e (5) for leave to serve a late notice of claim, the petitioner appeals from an order of the Supreme Court, Kings County (Hutcherson, J.), dated October 3, 1996, which denied the petition.

Ordered that the order is affirmed, with costs.

The Supreme Court did not improvidently exercise its discretion in denying the petitioner's application. Bracken, J. P., O'Brien, Thompson and Altman, JJ., concur.